AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

MARTIN SALDANA-VERDIN,

       Petitioner,          JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-CV-00276-RLH-RAM**

NEVADA ATTORNEY GENERAL, et al.,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (#6) is **DENIED**.
     **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY**.


   November 5, 2009                              **LANCE S. WILSON**
                                                            Clerk


                                                         /s/ D. R. Morgan
                                                           Deputy Clerk